FILED
2010 AUG 13 PM 2:49
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                                 CASE NO. 09-53986-S

SCOTT M. RODGERS                     CHAPTER 7
MICHELLE L. RODGERS
        Debtors                                 REPORT OF DIVIDEND
                                                    <u>UNDER FIVE DOLLARS</u>

     Harold A. Corzin, Trustee herein, reports that check #118 in the amount of $10.11 was issued on July 29, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                                                  Amt. of Dividend

| | | |
|---|---|---|
| Claim #17 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | $ 2.28 |
| Claim #18 | Recovery Management Systems<br>Corporation For GE Money Bank<br>dba QCARD,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $ 1.22 |
| Claim #19 | Recovery Management Systems<br>Corporation For GE Money Bank<br>dba Sam's Club,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $ 4.55 |
| Claim #22 | Ohio Edison Bankruptcy Department<br>6896 Miller Road Suite 204<br>Brecksville, OH 44141 | $ 2.06 |

TOTAL:                                                                       $ 10.11

*Receipt No. F1687*
*Check No 118*
*$10.11*

                                                           HAROLD A. CORZIN, TRUSTEE
                                                           304 N. Cleveland-Massillon Rd.
                                                           Akron, Ohio 44333
                                                           (330) 670-0770

August 8, 2010